**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1067

CHARLIE LEE RICHARDSON,

　　　　　　　Plaintiff - Appellant,

　　　v.

CHARLES J. WILLIAMS, Human Resource Director of Cabarrus County Schools,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Martin J. Reidinger, District Judge. (3:05-cv-00211-MR-DCK)

Submitted: June 19, 2008　　　　　　Decided: June 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charlie L. Richardson, Appellant Pro Se. Richard Lee Rainey, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie L. Richardson seeks to appeal the district court's order denying his post-judgment motions following the denial of relief on his civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 9, 2007. The notice of appeal was filed on December 11, 2007. Because Richardson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED